Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
      Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                            Debtor. | CASE NO. 06-60855<br><br>Adversary No. 06-00119<br><br>**STIPULATION RE: AUTO AUCTION 546(C) CLAIM** |
| AUTO AUCTION ASSOCIATES OF MONTANA, INC., D/B/A AUTO AUCTION OF MONTANA A/K/A AUTO AUCTION OF BILLINGS,<br><br>                            Plaintiff.<br><br>     v.<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                            Defendant. | |

- - - - - - - - - - - - - - -

This stipulation is entered into by and between Auto Auction Associates of Montana, Inc., d/b/a Auto Auction of Montana a/k/a Auto Auction of Billings ("Auto Auction"), Incredible Auto Sales, LLC ("Incredible"), and Hyundai Motor Finance Company ("HMFC"), through there respective counsel.

1. Auto Auction asserts that it has provided timely written reclamation demands to Incredible and its counsel on October 17, 2006, and October 18, 2006, for the vehicles on the attached Exhibits A and A-1 (the "Vehicles") and has timely filed this adversary proceeding seeking to enforce reclamation rights granted under 11 U.S.C. § 546(c).

2. Auto Auction has also filed a request for a temporary restraining order ("TRO") and a preliminary injunction seeking an order to prohibit the Debtor from encumbering, selling, transferring, trading, or disposing of in any manner the Vehicles and to require that the Vehicles shall remain insured with Auto Auction as a loss payee for such Vehicles during the pendency of this action. An Order granting the TRO was entered October 20, 2006.

3. HMFC asserts a first priority security interest in the Vehicles based upon its Inventory Loan and Security Agreement ("Loan Agreement") with the Debtor, its UCC-1 filing, and the information furnished to it by the Debtor and relied upon by HMFC in making advances under the Loan Agreement.

4. The parties are entering into this stipulation in order to forgo the need for hearings on injunctive relief pending a decision by the Court as to whether the Vehicles should be returned to Auto Auction. The parties do not waive any rights or remedies they may have with respect to the Vehicles.

5. The parties agree as follows:

a. Until further Order of the Court, the Debtor shall not encumber, sell, transfer,

insure the Vehicles against damage or loss.

c. The Vehicles shall be segregated from any of the Debtor's inventory and clearly identified as not being available for sale or transfer.

d. Auto Auction and HMFC shall be entitled to inspect the Vehicles during normal business hours, without the requirement to provide advance notice.

DATED this 23 day of October, 2006.

Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429

By: _____
Bruce F. Fain
Attorneys for Plaintiff Auto Auction of Montana

WILLIAM L. NEEDLER AND ASSOCIATES
555 Skokie Blvd. Ste. 500
Northbrook, IL 60062

By: _____
William L. Needler
Attorneys for Debtor/Defendant
Incredible Auto Sales, LLC

HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, MT 59101

By: _____
Charles W. Hingle
Attorneys for HMFC

      insure the Vehicles against damage or loss.

c.    The Vehicles shall be segregated from any of the Debtor's inventory and clearly identified as not being available for sale or transfer.

d.    Auto Auction and HMFC shall be entitled to inspect the Vehicles during normal business hours, without the requirement to provide advance notice.

DATED this 25 day of October, 2006.

                Murphy, Kirkpatrick & Fain, P.L.L.P.
                208 North Broadway, Suite 208
                P.O. Box 429
                Billings, MT 59103-0429

                By:_____
                     Bruce F. Fain
                     Attorneys for Plaintiff Auto Auction of Montana

                WILLIAM L. NEEDLER AND ASSOCIATES
                555 Skokie Blvd. Ste. 500
                Northbrook, IL 60062

                By:_____
                     William L. Needler
                     Attorneys for Debtor/Defendant Incredible Auto Sales, LLC

                HOLLAND & HART LLP
                401 North 31st Street, Suite 1500
                Billings, MT 59101

                By:_____
   For -   Charles W. Hingle
                     Attorneys for HMFC

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ___ day of October, 2006, a copy of the STIPULATION RE: AUTO AUCTION 546(C) CLAIM was served upon counsel of record by the following method:

| | |
|---|---|
| 1, 2, 4, 5 | CM/ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clarke B. Rice
   2951 King Avenue West
   Billings, MT 59102

2. William L. Needler
   William L. Needler and Associates
   555 Skokie Blvd. Ste. 500
   Northbrook, IL 60062

3. Nick Gutierrez
   Incredible Auto Sales, LLC
   1832 King Avenue West
   Billings, MT 59102

4. Neal Jensen
   U.S. Trustee
   Liberty Center, Ste. 204
   301 Central Ave.
   P.O. Box 3509
   Great Falls, MT 59403

5. Charles W. Hingle
   Shane Coleman
   P.O. Box 639
   Billings, MT 59103-0639

_[signature]_

## EXHIBIT A

AUTO AUCTION v. INCREDIBLE AUTO SALES

| SALE DATE | YEAR | MAKE | MODEL | VIN | ESTIMATED VALUE |
|---|---|---|---|---|---|
| 10/04/06 | 2005 | Chevrolet | Malibu | 1G1ND52F75M177176 | $8,700.00 |
| 10/04/06 | 2005 | Kia | Optima | KNAGD126855426066 | $8,050.00 |
| 10/04/06 | 2004 | Ford | Ranger | 1FTZR44E34PA07225 | $9,950.00 |
| 10/04/06 | 2005 | Pontiac | Montana | 1GMDV23E75D121917 | $12,600.00 |
| 10/04/06 | 2005 | Chrysler | Sebring | 1C3EL46X35N568587 | $9,400.00 |
| 10/04/06 | 2003 | Chevrolet | Malibu | 1G1ND52J93M699843 | $7,000.00 |
| 10/11/06 | 2005 | Kia | Spectra | KNAFE121755172069 | $8,050.00 |
| 09/27/06 | 2006 | Chevrolet | Malibu | 1G1ZT51F46F115830 | $9,700.00 |
| 10/04/06 | 2006 | Kia | Sorento | KNDJC733565573207 | $13,775.00 |
| 10/04/06 | 2004 | Chevrolet | Blazer | 1GNDT13X74K163169 | $12,060.00 |
| 10/11/05 | 2005 | Kia | Rio | KNADC125356361327 | $6,450.00 |

Total Value                                                                 $105,735.00

EXHIBIT A-1

AUTO AUCTION v. INCREDIBLE AUTO SALES

| SALE DATE | YEAR | MAKE | MODEL | VIN | ESTIMATED VALUE |
|---|---|---|---|---|---|
| 10/04/06 | 2003 | Dodge | Stratus | 1B3EL36X83N520717 | $6,700.00 |
| 10/04/06 | 2005 | Chrysler | Town & Country | 2C4GP44R95R589847 | $11,800.00 |
| 10/04/06 | 2007 | Dodge | Caliber | 1B3HB48B27D530095 | $15,300.00 |
| 10/04/06 | 2005 | Suzuki | Forenza | KL5JD56Z55K174188 | $7,900.00 |
| 10/04/06 | 2002 | Mercury | Sable | 1MEFM50U12G614160 | $5,900.00 |
| 10/04/06 | 2005 | Kia | Spectra | KNAFE121655124532 | $9,260.00 |
| 10/04/06 | 2006 | Pontiac | G6 | 1G2ZF55B164176395 | $14,560.00 |
| 10/04/06 | 2004 | Chevrolet | Cavalier | 1G1JC12F847235271 | $7,235.00 |

Total Value $78,655.00