IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>　　　　　　　　　　　　Debtor.<br><br>―――――――――――――――――<br><br>AUTO AUCTION ASSOCIATES OF MONTANA, INC., D/B/A AUTO AUCTION OF MONTANA A/K/A AUTO AUCTION OF BILLINGS,<br><br>　　　　　　　　　　　　Plaintiff.<br><br>　　v.<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>　　　　　　　　　　　　Defendant. | CASE NO.  06-60855<br><br>Adversary No.  06-00119<br><br><br><br>**ORDER VACATING TRO HEARING, APPROVING STIPULATION AND DISCHARGING INJUNCTION BOND** |

- - - - - - - - - - - - - - -

　　Upon motion of the Plaintiff for an order vacating the TRO Hearing set for October 24th at 9:00 o'clock a.m. and approving the stipulation filed by the Plaintiff, the Debtor and the Debtor's floor financing company and good cause appearing,

　　IT IS HEREBY ORDERED THAT,

　　1.　The Court's hearing on the TRO for October 24, 2006, at 9:00 o'clock a.m. is vacated;

　　2.　The terms of the Stipulation Re: Auto Auction 546(c) Claim, signed by Auto Auction Associates of Montana, Inc., d/b/a Auto Auction of Montana a/k/a Auto Auction of Billings ("Auto Auction"), Incredible Auto Sales, LLC ("Incredible") and Hyundai Motor Finance Company ("HMFC") are reasonable and Auto Auction, Incredible and Hyundai

shall henceforth be bound by the terms;

      3.    The injunction bond, filed on October 23, 2006, as required by the Court's order of October 20, 2006, is hereby discharged and released.

                      BY THE COURT

                      /s/ Ralph B. Kirscher

                      HON. RALPH B. KIRSCHER
                      U.S. Bankruptcy Judge
                      United States Bankruptcy Court
                      District of Montana