Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                Debtor. | CASE NO. 06-60855<br><br>Adversary No. 06-00119 |
| AUTO AUCTION ASSOCIATES OF MONTANA, INC., D/B/A AUTO AUCTION OF MONTANA A/K/A AUTO AUCTION OF BILLINGS,<br><br>                Plaintiff.<br><br>   v.<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                Defendant.<br><br>HYUNDAI MOTOR FINANCE CO.,<br><br>                Intervenor. | **ENTRY OF DEFAULT OF INCREDIBLE AUTO SALES, LLC** |

- - - - - - - - - - - - - - -

A request has been filed by the Plaintiff, AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), and it has been made to appear by affidavit filed that the Defendant, Incredible Auto Sales, LLC, is in default for failure to plead or otherwise defend as provided by the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure.

DEFAULT IS HEREBY ENTERED against the Defendant, Incredible Auto Sales, LLC, this 16th day of January, 2007.

> Bernard F. McCarthy
> CLERK OF U.S. Bankruptcy Court
>
> _____
> Deputy Clerk

(COURT SEAL)