IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | CASE NO. 06-60855 |
| INCREDIBLE AUTO SALES, LLC, | Adversary No. 06-00119 |
| Debtor. | **JUDGMENT BY DEFAULT AGAINST INCREDIBLE AUTO SALES, LLC** |
| AUTO AUCTION ASSOCIATES OF MONTANA, INC., D/B/A AUTO AUCTION OF MONTANA A/K/A AUTO AUCTION OF BILLINGS, | |
| Plaintiff. | |
| v. | |
| INCREDIBLE AUTO SALES, LLC, and HYUNDAI MOTOR FINANCE CO., | |
| Defendants. | |

- - - - - - - - - - - - - - -

At Butte in said District this 17th of January, 2007.

In this action the Defendant Incredible Auto Sales, LLC, having been regularly served with process, and having failed to appear and answer the Plaintiff's Complaint filed herein, and the legal time for answering having expired, and no answer or other defense having been filed, and the default of said Defendant, Incredible Auto Sales, LLC, in the premises having been duly entered according to law,

Now at this day on application of Murphy, Kirkpatrick & Fain, PLLP, attorney for said Plaintiff,

IT IS HEREBY ORDERED that judgment be entered herein against said Defendant,

1

Incredible Auto Sales, LLC, in accordance with the prayer of said Plaintiff's Complaint on file herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff, AUTO AUCTION ASSOCIATES OF MONTANA, INC., D/B/A AUTO AUCTION OF MONTANA A/K/A AUTO AUCTION OF BILLINGS, is entitled to judgment against Defendant Incredible Auto Sales, LLC; Defendant Incredible Auto Sales, LLC is hereby ordered to surrender any of the vehicles identified in the Complaint, which are currently in it's possession to the Plaintiff, if any; that the Plaintiff's reclamation claim to such vehicles or proceeds of such vehicles as it relates to Incredible Auto Sales, LLC, is hereby granted; and that Defendant Incredible Auto Sales, LLC has no interest in said vehicles or proceeds.

BY THE COURT

/s/ Ralph B. Kirscher

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana