Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, # 7442
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669

ATTORNEYS FOR DEFENDANT
HYUNDAI MOTOR FINANCE COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Debtor.<br><br>———<br><br>AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS,<br><br>Plaintiff,<br><br>v.<br><br>INCREDIBLE AUTO SALES, LLC, and HYUNDAI MOTOR FINANCE COMPANY,<br><br>Defendants. | Case No. 06-60855<br><br>Adversary No. 06-00119<br><br><br><br>**HYUNDAI MOTOR FINANCE COMPANY TRIAL EXHIBIT LIST** |

### LIST OF EXHIBITS SUBMITTED BY:

Charles W. Hingle, Shane P. Coleman and Jason S. Ritchie, Attorneys for Hyundai Motor Finance Company, may offer the following exhibits at the Trial set in the above-referenced

matter now set for February 26, 2007, at 1:00 p.m. Hyundai Exhibits 1 through 6 and 24 through 29 are attached.

| No. | Date Submitted | Date Admitted | Legal Ground for Objection | Description |
|---|---|---|---|---|
| Hyundai Ex. 1 | | | | Inventory Loan and Security Agreement dated 7/27/05 between Hyundai Motor Finance Company and Incredible Auto Sales, LLC |
| Hyundai Ex. 2 | | | | Addendum to Loan Agreement |
| Hyundia Ex. 3 | | | | UCC Financing Statement #83548795 |
| Hyundai Ex. 4 | | | | UCC Financing Statement #83946575 |
| Hyundai Ex. 5 | | | | UCC Financing Statement #89380937 |
| Hyundai Ex. 6 | | | | Inventory List |
| Hyundai Ex. 24 | | | | Copy of assignment of title for 2004 Blazer |
| Hyundai Ex. 25 | | | | Title information for 2005 Montana |
| Hyundai Ex. 26 | | | | Title information for 2004 Ranger |
| Hyundai Ex. 27 | | | | Title information for 2005 Classic |
| Hyundai Ex. 28 | | | | Title information for 2003 Malibu |
| Hyundai Ex. 29 | | | | Title information for 2005 Sebring |

Grounds for Objection:

1. No Objection: Admissibility Stipulated    5. Inadmissible Opinion

2. Irrelevant    6. Insufficient Foundation (relevancy, personal knowledge, authenticity)

3. Hearsay    7. Unduly Time Consuming, Prejudicial, Confusing or Misleading

4. Best Evidence    8. Other (Specify)

DATED this 20th day of February, 2007.

/s/ Shane P. Coleman
Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639

ATTORNEYS FOR HYUNDAI MOTOR FINANCE CO.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2007, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| 1 | CM/ECF |
| --- | --- |
| ___ | Hand Delivery |
| ___ | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. Bruce F. Fain
   Murphy, Kirkpatrick & Fain, P.L.L.P.
   208 North Broadway, Suite 208
   P.O. Box 429
   Billings, MT 59103-0429

/s/ Shane P. Coleman

3672103_1.DOC