# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**INCREDIBLE AUTO SALES LLC**,<br><br>Debtor. | Case No. **06-60855-11** |
| **AUTO AUCTION ASSOCIATES OF MONTANA, INC. D/b/a AUTO AUCTION OF MONTANA**,<br><br>Plaintiff.<br><br>-vs-<br><br>**INCREDIBLE AUTO SALES LLC**,<br><br>Defendant. | Adv No. **06-00119** |

# O R D E R

At Butte in said District this 23rd day of February, 2007.

In this adversary proceeding, upon review of the proposed Final Pretrial Order filed by Hyundai Motor Finance Company and Auto Auction Associates of Montana, Inc., on February 22, 2007, and the Court finding its terms appropriate for trial of this cause,

**IT IS ORDERED** the Final Pretrial Order filed by Hyundai Motor Finance Company and

1

Auto Auction Associates of Montana, Inc., on February 22, 2007, is **APPROVED**; and the parties shall henceforth be bound in accordance with the terms of the approved Final Pretrial Order, which shall govern this adversary proceeding.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana