## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No.  **06-60855-11**

**AUTO AUCTION ASSOCIATES OF
MONTANA, INC. D/b/a AUTO
AUCTION OF MONTANA,**

Plaintiff.

-vs-

**INCREDIBLE AUTO SALES LLC,**

Defendant.

Adv No.  **06-00119**

# O R D E R

At Butte in said District this 26th day of March, 2007.

Consistent with a memorandum of decision entered on this date and in this adversary proceeding involving Plaintiff's reclamation claims, and for cause,

IT IS ORDERED that a separate Judgment is to be entered in part and in favor of Plaintiff AAM and against Defendant Hyundai as follows concerning the distribution of certain identified proceeds; that a separate Judgement is to be entered in part and in favor of Defendant Hyundai and against Plaintiff AAM as follows concerning the distribution of certain identified proceeds; that Plaintiff AAM is entitled to recover the proceeds derived from the sale of the 2004

1

Chevy Blazer, VIN # 1GNDT13X74K163169; that Defendant Hyundai is entitled to recover the proceeds derived from the sale of the following 6 vehicles:  a 2005 Pontiac Montana, VIN # 1GMDV23E75D121917 ($9,150); a 2004 Ford Ranger, VIN # 1FTZR44E34PA07225 ($8,050); a 2005 Chevy Malibu/Classic, VIN # 1G1ND52F75M177176 ($6,850); a 2003 Chevy Malibu, VIN # 1G1ND52J93M699843 ($5,350); a 2005 Chrysler Sebring, VIN # 1C3EL46X35N568587 ($7,900); and a 2006 Kia Sorrento, VIN # KNDJC733565573207 ($13,200), and that the holder of the above identified proceeds is directed to remit such proceeds to either AAM or Hyundai as referenced above upon this Order and separate Judgment becoming final.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2